THE A. E. McBEE COMPANY, INCORPORATED, Respondent, *v.* ROOT KNIGHT COMPANY, INCORPORATED, et al., Defendants, and ROBERT E. SHOEMAKER, Appellant.

*McBee Co., Inc.,* v. *Shoemaker,* 174 App. Div. 291, affirmed.
(Submitted November 20, 1918; decided December 10, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 13, 1916, affirming a judgment in favor of plaintiff entered upon a verdict in an action upon a promissory note. Defendant, appellant, alleged that he was an indorser upon a note of the Root Knight Company held by the Harriman National Bank and in order that the same might be renewed in his absence, he indorsed a new note of that company for $2,500 and left the same with the president of the company for the purpose of renewing the note which was about to fall due at the Harriman National Bank; that instead of using the new note for the purpose intended and for which the defendant's indorsement was obtained, it was turned over without defendant's knowledge or consent to the Street Railways Advertising Company who paid therefor the sum of $500 and applied the balance, $2,000, upon an

antecedent debt of another company in which the defendant had no interest whatever; that defendant has since been compelled to pay the note held by the bank, which was allowed to go to protest.

*Frank E. Loughran* for appellant.

*John J. Quencer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.